■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KILROY BROWN, Appellant. [627 NYS2d 973] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mastro, J.), rendered April 21, 1993, convicting him of robbery in the first degree (two counts) and attempted robbery in the first degree (three counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The hearing court, which saw and heard the witnesses, found that the lineup was not suggestive (see, e.g., People v Prochilo, 41 NY2d 759), and we find no reason on this record to disturb its determination.

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are either unpreserved for appellate review or without merit. Pizzuto, J. P., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BURRUSS, Appellant. [627 NYS2d 973] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered April 28, 1994, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.